UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD WATKINS, | No. 2:17-cv-01348-KJM-CKD |
| Plaintiff, | |
| v. | ORDER |
| INVESTMENT RETRIEVERS, INC., | |
| Defendant. | |

A status conference and hearing on defendant's motion to dismiss was set for October 6, 2017. *See* Aug. 30, 2017 Minute Order, ECF No. 11. Plaintiff's attorney of record, Jonathan Aaron Stieglitz, did not appear. Instead, Carl Mandabach, who is not an attorney of record in this matter and did not sign plaintiff's opposition brief, appeared for plaintiff.

At the hearing, defendant's counsel explained Mr. Stieglitz has referred communications regarding this matter to Rachel Drake of RC Law Group. Further, RC Law Group, not Mr. Stieglitz, participated in the parties' meet and confer discussions and joint status report. No attorney from RC Law Group, including Ms. Drake, is an attorney of record in this matter.

Local Rule 182(a)(1) permits only an attorney of record to participate in an action. Accordingly, plaintiff's counsel is ORDERED to SHOW CAUSE by October 20, 2017 why counsel should not be sanctioned: (1) $250.00 for failing to appear personally on October 6, 2017;

and (2) $250.00 for failing to meet and confer as required of counsel of record regarding the joint status report.

The court defers the issuance of any orders to Mr. Mandabach or Ms. Drake pending receipt of Mr. Stieglitz's response to this order.

IT IS SO ORDERED.

DATED: October 11, 2017.

UNITED STATES DISTRICT JUDGE