UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD WATKINS,<br><br>Plaintiff,<br><br>v.<br><br>INVESTMENT RETRIEVERS, INC.,<br><br>Defendant. | No. 2:17-cv-01348-KJM-CKD<br><br><br><br>ORDER |

A status conference and hearing on defendant's motion to dismiss was set for October 6, 2017. ECF No. 11. At the hearing, defendant's counsel explained plaintiff's counsel of record, Mr. Stieglitz, has referred communications regarding this matter to Rachel Drake of RC Law Group.

On October 12, 2017, the court ordered plaintiff's counsel, Jonathan Aaron Stieglitz, to show cause why he should not be sanctioned: (1) $250.00 for failing to appear at the October 6, 2012 status conference and hearing on defendant's motion to dismiss, and (2) $250.00 for failing to designate Rachel Drake or the appropriate acting counsel as attorney of record for plaintiff. ECF No. 19. Mr. Stieglitz responded to the order to show cause on October 17, 2017. ECF No. 20. Defendant filed a reply that same day. ECF No. 21. Mr. Stieglitz filed a second response on October 19, 2017. ECF Nos. 22, 22-1.

/////

1

In his response, Mr. Stieglitz states his client, Reginald Watkins, retained Ms. Drake's New Jersey law firm, RC Law Group, PLLC, and later retained Mr. Stieglitz "to serve as California counsel in this action." ECF No. 20 at p. 3. Mr. Stieglitz refers to Ms. Drake as his "co-counsel." *Id.* He further states Ms. Drake "drafted the initial Discovery Plan," but later sought review, comments and approval from Mr. Stieglitz. *Id.* Mr. Stieglitz indicates Ms. Drake plans "to ensure compliance with local rules" by submitting a pro hac vice application to this court when she receives a certificate of good standing from the state of New Jersey. ECF No. 22, p. 2.

Local Rule 182(a)(1) provides "no attorney may participate in any action unless the attorney has appeared as an attorney of record." Local Rule 180(b)(2) provides, "[a]n attorney who is a member in good standing of, and eligible to practice before, the Bar of any United States Court or of the highest Court of any State, . . . and who has been retained to appear in this Court may, upon application and in the discretion of the Court, be permitted to appear and participate in a particular case."

Mr. Stieglitz represents Ms. Drake is plaintiff's attorney in this action and has participated in litigating plaintiff's case. *See* ECF No. 20, p. 3. Ms. Drake is not an attorney of record and had not submitted an application to proceed pro hac vice in this court prior to participating in this action, and not until prompted by this court's order to show cause to Mr. Stieglitz.

Accordingly, Ms. Drake is ORDERED to SHOW CAUSE by November 3, 2017 why she should not be sanctioned $250.00 for failing to comply with local rules.

IT IS SO ORDERED.

DATED: October 30, 2017.

_____
UNITED STATES DISTRICT JUDGE