UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REGINALD WATKINS,

    Plaintiff,

    v.

INVESTMENT RETRIEVERS, INC.,

    Defendant.

No. 2:17-cv-01348-KJM-CKD

ORDER

        A status conference and hearing on defendant's motion to dismiss was set for October 6, 2017. ECF No. 11. Plaintiff's attorney of record, Jonathan Aaron Stieglitz, did not appear. Instead, Carl Mandabach, who is not an attorney of record in this matter and did not sign plaintiff's opposition brief, appeared for plaintiff, saying he was "specially appearing."

        Local Rule 182(a)(1) permits only an attorney of record to participate in an action. Although Local Rule 182(a)(2) permits an attorney to appear as attorney of record "by physically appearing at a court hearing in the matter, formally stating the appearance on the record, and then signing and filing a confirmation of appearance within seven (7) days," Mr. Mandabach did not sign and file a confirmation of appearance following the October 6, 2017 hearing. The Local Rules do not provide an exception for special appearances.

/////

1        Accordingly, Mr. Mandabach is ORDERED to SHOW CAUSE by November 17, 2017 why he should not be sanctioned $250.00 for appearing in this action despite not being an attorney of record.

       The Clerk of the Court is directed to serve this order on Mr. Mandabach on the address he has provided as a member of the bar of this court – 3102 O Street, Suite 1, Sacramento, California 95816.

       IT IS SO ORDERED.

DATED: November 6, 2017.

       UNITED STATES DISTRICT JUDGE